death. See *Stewart* v. *Southern R. Co.*, 315 U. S. 784 (1942), vacating the prior judgment in the same case, 315 U. S. 283. Moreover, there is no question of costs involved here as there was in *Wetzel* v. *Ohio, ante,* p. 62. I would therefore grant the petition for rehearing and vacate the judgment as moot.

*A. L. Wirin* and *Fred Okrand* on the motion of American Civil Liberties Union of Southern California.

No. 270. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. UNITED STATES, *ante,* p. 861. Petition for rehearing denied.

No. 100. HARRIS v. FLORIDA REAL ESTATE COMMISSION ET AL., *ante,* p. 7;

No. 103. JOHNSON v. TEXAS, *ante,* p. 828;

No. 105. READEY ET AL. v. ST. LOUIS COUNTY WATER CO. ET AL., *ante,* p. 8;

No. 149. HARLOW ET AL. v. UNITED STATES, *ante,* p. 814;

No. 154. RICHARDSON v. BRUNNER ET AL., *ante,* p. 815;

No. 156. HOUSTON v. UNITED STATES, *ante,* p. 815;

No. 160. LA MAUR, INC., v. L. S. DONALDSON CO. ET AL., *ante,* p. 815;

No. 301. WEIGEL v. PARTENWEEDEREI ET AL., *ante,* p. 830; and

No. 293, Misc. BIGGS v. ACME FURNACE FITTING CO. ET AL., *ante,* p. 853. Petitions for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these applications.

No. 267. MID-AMERICA TELEPHONE CO. v. PUBLIC UTILITIES COMMISSION OF OHIO ET AL., *ante,* p. 831. Motion to dispense with printing the petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion and application.